ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Gibbs & Cox, Inc. ) ASBCA No. 59721
)
Under Contract No. N00178-04-D-4055 )

APPEARANCES FOR THE APPELLANT: Karen L. Manos, Esq.
Lindsay M. Paulin, Esq.
  Gibson, Dunn & Crutcher LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Lawrence S. Rabyne, Esq.
  Senior Trial Attorney
  Defense Contract Management Agency
  Arlington Heights, IL

## OPINION BY ADMINISTRATIVE JUDGE LYNDA T. O'SULLIVAN

The parties in this appeal have settled their dispute and have submitted to the Board a Joint Stipulation for Entry of Judgment.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $4,500,000. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 21 December 2012 until date of payment.

Dated: 26 August 2015

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                  I concur

MARK N. STEMPLER                          RICHARD SHACKLEFORD
Administrative Judge                      Administrative Judge
Acting Chairman                           Vice Chairman
Armed Services Board                      Armed Services Board
of Contract Appeals                       of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 59721, Appeal of Gibbs & Cox, Inc., rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2